UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

BARBARA MARCIANO, Individually and on : Civil Action No. 12-cv-02708-SJF-AKT
Behalf of All Others Similarly Situated, :
: CLASS ACTION
          Plaintiff, :
: [PROPOSED] ORDER CONSOLIDATING
vs. : THE ACTIONS AND APPOINTING
: ROBBINS GELLER RUDMAN & DOWD
SCHELL & KAMPETER, INC. d/b/a : LLP AS INTERIM CLASS COUNSEL
DIAMOND PET FOODS, et al., :
:
          Defendants. :

---------------------------------------------------------------- x

STEVEN COHEN, on Behalf of Himself and : Civil Action No. 12-cv-3299
All Others Similarly Situated, : FILED
: IN CLERK'S OFFICE
          Plaintiff, : US DISTRICT COURT E D N Y
:
vs. : ★ SEP 21 2012 ★
:
SCHELL & KAMPETER, INC. d/b/a : LONG ISLAND OFFICE
DIAMOND PET FOODS, DIAMOND PET :
FOODS INC., and AMAZON.COM, INC., :
:
          Defendants. :

---------------------------------------------------------------- x

    Having considered the motion of Barbara Marciano for Consolidation and Appointment of Robbins Geller Rudman & Dowd LLP as Interim Class Counsel, and the Memorandum of Law and Declaration of Mario Alba Jr. in support thereof, and good cause appearing therefor:

    1.    The Actions are hereby consolidated; and

    2.    The following protocol is established for the consolidation of any additional or subsequently filed action arising out of the same facts and circumstances:

        (a)    Defendants will provide the Court with notice within three (3) days of receipt of any class action filed; and

(b) Any such case would be consolidated into *Marciano v. Schell & Kampeter, Inc. et al.*, No. 12-cv-02708-SJF-AKT (E.D.N.Y).

3. The law firm of Robbins Geller Rudman & Dowd LLP is hereby appointed Interim Class Counsel.

\* \* \*

ORDER

IT IS SO ORDERED.

DATED: 9/21/12

s/ Sandra J. Feuerstein
―――――――――――――――――
THE HONORABLE SANDRA J. FEURSTEIN
UNITED STATES DISTRICT JUDGE

- 2 -