FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★   OCT 30 2014   ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------- x
BARBARA MARCIANO, Individually and on : Civil Action No. 12-cv-02708-SJF-AKT
Behalf of All Others Similarly Situated,   : **(Consolidated)**
                                           :
                          Plaintiff,       : <u>CLASS ACTION</u>
                                           :
    vs.                                    : [PROPOSED] ORDER FOR AN AWARD OF
                                           : ATTORNEYS' FEES
SCHELL & KAMPETER, INC., et al.,           :
                                           :
                          Defendants.      :
                                           :
---------------------------------------- x

This matter has come before the Court for hearing pursuant to the Order Preliminarily Approving Settlement and Providing for Notice ("Notice Order") dated February 19, 2014, on the application of Plaintiff and Defendants (the "Settling Parties") for approval of the Settlement set forth in the Settlement Agreement dated January 28, 2014. Due and adequate notice having been given to the Class as required in said Order, and the Court having considered all papers filed and proceedings had herein and otherwise being fully informed in the premises and good cause appearing therefore, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. This Order incorporates by reference the definitions in the Settlement Agreement, and all terms used herein shall have the same meanings as set forth in the Settlement Agreement, unless otherwise set forth herein.

2. This Court has jurisdiction over the subject matter of the Action and over all Settling Parties to the Action, including all members of the Class.

3. The Court awards Lead Counsel attorneys' fees of __20__ % of the Settlement Fund, or $__400,000__.

4. The Court finds that the amount of fees awarded is fair and reasonable.

5. The awarded attorneys' fees shall immediately be paid to Lead Counsel subject to the terms, conditions, and obligations of the Settlement Agreement, and in particular paragraph V.B thereof, which terms, conditions, and obligations are incorporated herein.

IT IS SO ORDERED.

DATED: __October 30, 2014__

s/ Sandra J. Feuerstein

THE HONORABLE SANDRA J. FEUERSTEIN
UNITED STATES DISTRICT JUDGE