UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BARBARA MARCIANO, Individually and on Behalf of All Others Similarly Situated, | Civil Action No. 12-cv-02708-SJF-AKT **(Consolidated)** |
| Plaintiffs, | CLASS ACTION |
| vs. | EXHIBIT A |
| SCHELL & KAMPETER, INC., et al., | PLAN OF DISTRIBUTION OF SETTLEMENT PROCEEDS |
| Defendants. | |

The Settlement Fund will be distributed to Class Members who submit valid, timely Claims under the Plan of Distribution below:

1. The Settlement creates three (3) sub-classes of Class Members:

(a) <u>Sub-Class I</u>: Individuals who: (1) purchased but never used a recalled pet product, never fed his/her pet or animal the recalled product, and the class member discarded or retained the product, did not return the product to the dealer or otherwise exchanged the product; or (2) purchased and used a recalled pet product that caused economic damages detailed in Sub-Class II.

(b) <u>Sub-Class II</u>: Individuals who, in addition to having purchased or used a recalled pet food product, sustained economic damages as a result of injury or death to animals from their consumption of a recalled product.

(c) <u>Sub-Class III</u>: Individuals who purchased pet food products subject to the recalls and fully utilized the products with no resultant ill effects.

2. The Settlement includes the following Diamond Pet Food Products:

| Product Name | Sizes | Production Code | Dates |
|---|---|---|---|
| Apex Chicken and Rice Dog | 20 lb, 40 lb bags | ACD0101B32 | Best by 1/24/2013 |
| Canidae Dog Dry Dog Food, All Life Stages | All Sizes | Number "3" in the 9th digit AND the letter "X" in the 10th or 11th digit | "Best Before" between 12/9/2012-1/31/2013 |
| Canidae Dog Dry Dog Food, Chicken Meal & Rice | All Sizes | Number "3" in the 9th digit AND the letter "X" in the 10th or 11th digit | "Best Before" between 12/9/2012-1/31/2013 |
| Canidae Dog Dry Dog Food, Lamb Meal & Rice | All Sizes | Number "3" in the 9th digit AND the letter "X" in the 10th or 11th digit | "Best Before" between 12/9/2012-1/31/2013 |
| Canidae Dog Dry Dog Food, Canidae Platinum | All Sizes | Number "3" in the 9th digit AND the letter "X" in the 10th or 11th digit | "Best Before" between 12/9/2012-1/31/2013 |
| Chicken Soup for the Pet Lover's Soul | All Sizes & Formulas | Number "2" or "3" in the 9th digit and the letter "X" in the 10th or 11th digit | "Best Before" between 12/9/2012-4/7/2013 |
| Country Value | All Sizes & Formulas | Number "2" or "3" in the 9th digit and the letter "X" in the 10th or 11th digit | "Best Before" between 12/9/2012-4/7/2013 |
| Diamond | All Sizes & | Number "2" or "3" in the 9th digit and the letter "X" in the 10th or 11th | "Best Before" between |

| Product Name | Sizes | Production Code | Dates |
|---|---|---|---|
| | Formulas | digit | 12/9/2012-4/7/2013 |
| Diamond Naturals | All Sizes & Formulas | Number "2" or "3" in the 9th digit and the letter "X" in the 10th or 11th digit | "Best Before" between 12/9/2012-4/7/2013 |
| Diamond Naturals Small Breed Adult Dog Lamb & Rice Formula | Samples, 6 lb and 18 lb bags | DSL0801 | "Best Before" 10/20/2012; 8/26/2012; 9/27/2012; 10/18/2012 |
| Kirkland Signature Super Premium Adult Dog Chicken, Rice & Vegetable Formula | | Number "3" in the 10th digit and the letter "X" in the 11th digit | "Best Before" 12/9/2012 - 1/31/2013 |
| Kirkland Signature Super Premium Mature Dog Chicken, Rice & Egg Formulas | | Number "3" in the 10th digit and the letter "X" in the 11th digit | "Best Before" 12/9/2012 - 1/31/2013 |
| Kirkland Signature Super Premium Healthy Weight Dog Formulated with Chicken & Vegetables | | Number "3" in the 10th digit and the letter "X" in the 11th digit | "Best Before" 12/9/2012 - 1/31/2013 |
| Kirkland Signature Nature's Domain Salmon Meal & Sweet Potato Formula for Dogs | | Number "3" in the 10th digit and the letter "X" in the 11th digit | "Best Before" 12/9/2012 - 1/31/2013 |
| Natural Balance Sweet Potato & Venison Dog | 5 lb bag | | Best By 12/12012; 12/13/2013; 3/13/2013 |
| Natural Balance Sweet Potato & Venison Dog | 15 lb bag | | Best by 12/12/2012; 12/13/2012; 12/14/2012; 3/5/2013; 3/6/2013 |
| Natural Balance Sweet Potato & Venison Dog | 28 lb bag | | Best By 12/12/2012; 12/13/2012; 12/14/2012; 3/5/2013; 3/6/2013; 3/7/2013; 3/8/2013; 3/12/2013 |
| Natural Balance Lamb Meal & Brown Rice Dog | 5 lb, 15 lb, 28 lb bags | | Best by 12/10/2012; 12/21/2013; 12/22/2012 |
| Natural Balance Sweet Potato & Bison Dog | 5 lb bag | | Best by 12/17/2012, 12/18/2012; 12/28/2012; 12/29/2012 |
| Natural Balance Sweet Potato & Bison Dog | 15 lb, 28 lb bag | | Best By 12/9/2012; 12/17/2012; 12/18/2012; 12/28/2012; 12/29/2012 |
| Natural Balance Vegetarian Dog | 5 lb bag | | Best By 12/9/2012 |
| Natural Balance Lamb Meal & Brown Rice Dog Large Breed Bites | 28 lb bag | | Best by 12/12/2012; 12/20/2012; 12/21/2012 |
| Natural Balance Lamb Meal & Brown Rice Dog Small Breed Bites | 5 lb and 12.5 lb bags | | Best by 12/21/2012 |

| Product Name | Sizes | Production Code | Dates |
|---|---|---|---|
| Premium Edge | All Sizes & Formulas | Number "2" or "3" in the 9th digit and the letter "X" in the 10th or 11th digit | "Best Before" between 12/9/2012 and 4/7/2013 |
| Professional | All Sizes & Formulas | Number "2" or "3" in the 9th digit and the letter "X" in the 10th or 11th digit | "Best Before" between 12/9/2012 and 4/7/2013 |
| Solid Gold WolfKing Large Breed Adult Dog Food | All Sizes | | "Best Before" 12/30/2012 |
| Solid Gold WolfCub Large Breed Puppy Food | All Sizes | | "Best Before" 12/30/2012 |
| Taste of the Wild | All Sizes & Formulas | Number "2" or "3" in the 9th digit and the letter "X" in the 10th or 11th digit | "Best Before" between 12/9/2012 and 4/7/2013 |
| Wellness Complete Health Super5Mix Large Breed Puppy | 15 lb and 30 lb bags, 5 oz. sample bags | "Best Before" 1/9/2013 and 1/11/201 | |

3.   The Settlement Fund will be distributed as follows:

(a)   <u>Sub-Class I</u>: A Settlement Fund has been created, limited to a total maximum of $750,000 to pay claims from Sub-Class I.  The Class Member submitting a valid claim shall receive one of the following: (1) payment up to a maximum value of two (2) bags of pet food per pet; OR (2) a pro rata share of the net proceeds of the Settlement fund for this Sub-Class not to exceed the actual or estimated purchase price of up to two (2) bags of the pet food per pet if the Settlement fund is exhausted, if the total amount claimed by eligible Sub-Class I Members exceeds the funds available.  If applicable, Class Members in Sub-Class I can request reimbursement of the cost of veterinary care and/or the fair market value of the pet as set forth in Sub-Class II, subject to the submission of proof required for Sub-Class II.

(b)   <u>Sub-Class II</u>: A Settlement Fund has been created, limited to a total maximum of $1,250,000 to pay claims from Sub-Class II.  The Class Member in submitting a valid claim shall receive one of the following: (1) a full reimbursement of the actual cost of veterinarian testing, care, and/or treatment. However, Defendants shall not be required to reimburse for any other portion of the veterinary bill unrelated to suspected or actual salmonella illness. Furthermore, Defendants shall

reimburse only for veterinary or related charges deemed reasonable, necessary, and typical within the Class Member's community; OR (2) a pro rata share of the net proceeds of the settlement fund for this Sub-Class if the settlement fund is exhausted. If applicable, Class Members in Sub-Class II can request reimbursement of the purchase price of the product as set forth in Sub-Class I, subject to the submission of proof required for Sub-Class I. If death of a pet or animal is claimed, a Class Member submitting a valid claim shall receive: (1) the fair market value of the pet OR, if the settlement fund is exhausted, a pro rata share of the market value of the pet; AND (2) if applicable, the relief for veterinary care set forth in this Section. If applicable, Class Members in Sub-Class II can request reimbursement of the purchase price of the product as set forth in Sub-Class I, subject to the submission of proof required for Sub-Class I.

    (c) Sub-Class III: Defendants will provide relief in the form of coupons to pay claims for Sub-Class III. The Class Member in submitting a valid claim shall receive one or more coupons. The total maximum value of such coupons shall be $100,000, each with a face value of Two Dollars ($2) to a maximum of 50,000 coupons.

    4. For Sub-Class I claimants, class members will recover their damages based on the following prices:

| **Apex** | | | | |
|---|---|---|---|---|
| Chicken and Rice | 20 Lbs. | 35 Lbs. | | |
| | $24.99 | $43.99 | | |
| **Canidae Dog Dry Food** | | | | |
| All Life States | 5 Lbs. | 15 Lbs. | 30 Lbs. | 44 Lbs. |
| | $11.99 | $27.99 | $44.99 | $54.99 |
| Chicken Meal & Rice | 5 Lbs. | 15 Lbs. | 30 Lbs. | |
| | $11.99 | $25.99 | $42.99 | |
| Lamb Meal & Rice | 5 Lbs. | 15 Lbs. | 30 Lbs. | |
| | $11.99 | $27.79 | $44.99 | |
| Canidae Platinum | 5 Lbs. | 15 Lbs. | 30 Lbs. | |
| | $11.99 | $20.79 | $48.99 | |

| **Chicken Soup for the Pet Lover's Soul** | | | | |
|---|---|---|---|---|
| Adult | 5 Lbs. | 15 Lbs. | 30 Lbs. | |
| | $10.99 | $26.99 | $43.99 | |
| Large Breed | 15 Lbs. | 30 Lbs. | | |
| | $30.49 | $46.79 | | |
| Mature | 5 Lbs. | 15 Lbs. | 30 Lbs. | |
| | $10.99 | $25.99 | $46.79 | |
| Puppy | 5 Lbs. | 15 Lbs. | 30 Lbs. | |
| | $11.49 | $27.99 | $48.49 | |
| Adult Weight | 5 Lbs. | 15 Lbs. | 30 Lbs. | |
| | $11.99 | $27.99 | $46.79 | |
| **Country Value** | | | | |
| Adult Formula | 50 Lbs. | | | |
| | $27.37 | | | |
| High Energy Adult | 50 Lbs. | | | |
| | $34.49 | | | |
| **Diamond** | | | | |
| Puppy Formula | 8 Lbs. | 20 Lbs. | 40 Lbs. | |
| | $8.99 | $22.99 | $42.99 | |
| Performance Adult | 20 Lbs. | 40 Lbs. | | |
| | $24.99 | $37.99 | | |
| Maintenance Formula | 20 Lbs. | 40 Lbs. | | |
| | $22.99 | $39.99 | | |
| Premium Adult | 8 Lbs. | 20 Lbs. | 40 Lbs. | |
| | $7.89 | $23.99 | $37.99 | |
| **Diamond Naturals** | | | | |
| Small Breed Puppy | 18 Lbs. | 40 Lbs. | | |
| | $26.79 | $43.59 | | |
| Large Breed Puppy | 20 Lbs. | 40 Lbs. | | |
| | $28.49 | $45.99 | | |
| Grain Free, Beef & Sweet Potato | 5 Lbs. | 14 Lbs. | 28 Lbs. | |
| | $14.99 | $24.99 | $43.59 | |
| Lamb Meal & Rice Adult | 6 Lbs. | 20 Lbs. | 40 Lbs. | |
| | $10.99 | $25.69 | $41.99 | |
| Chicken & Rice Adult | 40 Lbs. | | | |
| | $40.99 | | | |
| Chicken & Rice Large Breed Adult | 40 Lbs. | | | |
| | $37.99 | | | |
| Grain Free, Whitefish & Sweet Potatoes | 5 Lbs. | 14 Lbs. | 28 Lbs. | |
| | $8.99 | $24.99 | $42.99 | |
| Grain Free, Chicken & Sweet Potatoes | 5 Lbs. | 14 Lbs. | 28 Lbs. | |
| | $8.99 | $24.99 | $40.99 | |

| | | | | |
|---|---|---|---|---|
| Beef Meal & Rice Adult | 40 Lbs. | | | |
| | $38.99 | | | |
| Extreme Athlete | 40 Lbs. | | | |
| | $47.99 | | | |
| Large Breed Lamb Meal & Rice | 40 Lbs. | | | |
| | $41.99 | | | |
| Small Breed Chicken & Rice | 6 Lbs. | 18 Lbs. | | |
| | $7.99 | $23.39 | | |
| Senior Formula | 6 Lbs. | 18 Lbs. | 35 Lbs. | |
| | $6.99 | $24.99 | $36.89 | |
| Lite Formula | 15 Lbs. | 30 Lbs. | | |
| | $21.99 | $33.49 | | |
| Small Breed, Lamb & Rice | 6 Lbs. | 18 Lbs. | | |
| | $9.99 | $23.99 | | |
| **Kirkland Signature** | | | | |
| Super Premium Adult Dog, Lamb, Rice & Vegetable Formula | $29.99 | | | |
| Super Premium Adult Dog, Chicken, Rice & Vegetable Formula | $35.00 | | | |
| Super Premium Mature Dog, Chicken, Rice & Egg Formula | $24.99 | | | |
| Super Premium Healthy Weight Dog, Formulated with Chicken & Vegetables | $27.99 | | | |
| Natures Domain Salmon Meal & Sweet Potato Formula | $33.99 | | | |
| **Natural Balance** | | | | |
| Sweet Potato & Venison Dog | 4.5 Lbs. | 13 Lbs. | 26 Lbs. | |
| | $15.99 | $37.99 | $59.99 | |
| Lamb Meal & Brown Rice Dog | 4.5 Lbs. | 14 Lbs. | 28 Lbs. | |
| | $13.99 | $28.99 | $46.99 | |
| Sweet Potato & Bison Dog | 4.5 Lbs. | 13 Lbs. | 26 Lbs. | |
| | $15.99 | $36.99 | $54.99 | |
| Vegetarian Dog | 4.5 Lbs. | 14 Lbs. | 28 Lbs. | |
| | $15.99 | $28.99 | $47.99 | |
| Lamb Meal & Brown Rice Large Dog Breed Bites | 14 Lbs. | 28 Lbs. | | |
| | $28.99 | $46.99 | | |
| Lamb Meal & Brown Rice Small Breed Bites | 4.5 Lbs. | 12 Lbs. | | |
| | $13.99 | $26.99 | | |
| **Premium Edge** | | | | |
| Salmon, Potatoes & Veggies | 6 Lbs. | 18 Lbs. | 35 Lbs. | |
| | $12.49 | $30.99 | $43.39 | |
| Chicken, Rice & Veggies | 6 Lbs. | 18 Lbs. | 35 Lbs. | |
| | $11.99 | $28.99 | $41.99 | |

| | | | | |
|---|---|---|---|---|
| Healthy Weight | 35 Lbs. | | | |
| | $50.99 | | | |
| Adult Lamb, Rice & Veggies | 6 Lbs. | 18 Lbs. | 35 Lbs. | |
| | $9.49 | $28.29 | $40.99 | |
| Healthy Weight II | 35 Lbs. | | | |
| | $41.99 | | | |
| Sr. Lamb, Rice, & Veggies | 6 Lbs. | 18 Lbs. | 35 Lbs. | |
| | $8.99 | $27.29 | $42.99 | |
| Puppy Small & Medium Breed Chicken, Rice & Vegetables | 6 Lbs. | 35 Lbs. | | |
| | $9.99 | $43.79 | | |
| Large Breed, Lamb, Rice & Veggies | 35 Lbs. | | | |
| | $45.99 | | | |
| **Professional** | | | | |
| Adult Dog Chicken & Rice Active Formula Dry Dog Food | 35 Lbs. | | | |
| | $42.99 | | | |
| Adult Dog Lamb & Rice Formula Dry Dog Food | 35 Lbs. | | | |
| | $44.99 | | | |
| Adult Dog Chicken & Barley Formula Dry Dog Food | 35 Lbs. | | | |
| | $43.99 | | | |
| **Solid Gold** | | | | |
| Wolf King Large Breed Adult | 4 Lbs. | 15 Lbs. | 28.5 Lbs. | |
| | $14.09 | $32.54 | $54.99 | |
| Wolf Cub Large Breed Puppy | 4 Lbs. | 15 Lbs. | 28.5 Lbs. | |
| | $13.48 | $34.40 | $55.99 | |
| **Taste of the Wild** | | | | |
| High Prairie | 5 Lbs. | 15 Lbs. | 30 Lbs. | |
| | $11.99 | $27.99 | $43.93 | |
| Pacific Stream | 5 Lbs. | 15 Lbs. | 30 Lbs. | |
| | $11.99 | $27.99 | $43.93 | |
| Sierra Mountains | 5 Lbs. | 15 Lbs. | 30 Lbs. | |
| | $11.99 | $28.99 | $46.99 | |
| Wetlands Formula | 5 Lbs. | 15 Lbs. | 30 Lbs. | |
| | $11.99 | $28.99 | $43.93 | |
| High Prairie Puppy | 5 Lbs. | 15 Lbs. | 30 Lbs. | |
| | $11.99 | $29.89 | $49.99 | |
| Southwest Canyon | 5 Lbs. | 14 Lbs. | 28 Lbs. | |
| | $11.99 | $28.99 | $46.99 | |
| Pacific Stream Puppy | 5 Lbs. | 15 Lbs. | 30 Lbs. | |
| | $12.99 | $29.89 | $50.99 | |
| **Wellness** | | | | |
| Complete Health Super 5 Mix Large Breed Puppy | 30 Lbs. | | | |
| | $63.99 | | | |

| **4Health** | | | | |
|---|---|---|---|---|
| Grain Free Pork & Potato | 4 Lbs. | 16 Lbs. | 30 Lbs. | |
| | $7.99 | $21.99 | $37.99 | |
| Grain Free Duck & Potato | 4 Lbs. | 16 Lbs. | 30 Lbs. | |
| | $7.99 | $21.99 | $37.99 | |
| Grain Free Healthy Weight | 18 Lbs. | | | |
| | $19.99 | | | |
| Grain Free Turkey & Potato | 4 Lbs. | | | |
| | $7.99 | | | |
| Grain Free Beef & Potato | 4 Lbs. | | | |
| | $7.99 | | | |
| Grain Free Whitefish & Potato | 4 Lbs. | 16 Lbs. | 30 Lbs. | |
| | $7.99 | $21.99 | $37.99 | |
| Grain Free Turkey & Potato | 16 Lbs. | 30 Lbs. | | |
| | $21.99 | $37.99 | | |
| Grain Free Beef & Potato | 16 Lbs. | 30 Lbs. | | |
| | $21.99 | $37.99 | | |
| Mature Adult | 18 Lbs. | | | |
| | $21.99 | | | |
| Performance Adult | 35 Lbs. | | | |
| | $35.99 | | | |
| Lamb and Rice Adult | 5 Lbs. | 18 Lbs. | 35 Lbs. | |
| | $6.99 | $19.99 | $32.99 | |
| Chicken and Rice Adult | 5 Lbs. | 18 Lbs. | 35 Lbs. | |
| | $6.99 | $19.99 | $32.99 | |
| Large Breed Adult | 5 Lbs. | 35 Lbs. | | |
| | $6.99 | $32.99 | | |
| Salmon and Potato Adult | 5 Lbs. | 18 Lbs. | 35 Lbs. | |
| | $7.99 | $21.99 | $35.99 | |
| Small Bites Formula Adult | 5 Lbs. | 18 Lbs. | 35 Lbs. | |
| | $6.99 | $19.99 | $32.99 | |
| Healthy Weight Adults | 5 Lbs. | 35 Lbs. | | |
| | $6.99 | $32.99 | | |
| Mature Adults | 5 Lbs. | 35 Lbs. | | |
| | $7.99 | $35.99 | | |
| Puppy Formula | 5 Lbs. | 18 Lbs. | 35 Lbs. | |
| | $7.99 | $21.99 | $35.99 | |

| | |
|---|---|
| DATED:  February 4, 2015 | ROBBINS GELLER RUDMAN<br>   & DOWD LLP<br>SAMUEL H. RUDMAN<br>MARIO ALBA JR.<br>MARK S. REICH<br>WILLIAM J. GEDDISH |

                                                /s/ *Mario Alba Jr.*
                                                MARIO ALBA JR.

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
malba@rgrdlaw.com
mreich@rgrdlaw.com
wgeddish@rgrdlaw.com

Class Counsel